# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| **STEPHANIE WILSON,** | Case No. |
| Plaintiff, | **COMPLAINT FOR VIOLATION OF FEDERAL FAIR DEBT COLLECTION PRACTICES ACT** |
| vs. | |
| **MERCHANTS & MEDICAL CREDIT CORPORATION, INC. AND KOHL'S DEPARTMENT STORES, INC.,** | |
| Defendants. | |

## NATURE OF ACTION

1. This is an action brought under the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692 *et seq*.

## JURISDICTION AND VENUE

2. This Court has jurisdiction under 15 U.S.C. § 1692k(d) and 28 U.S.C. § 1331.

COMPLAINT FOR VIOLATIONS OF THE FAIR
DEBT COLLECTION PRACTICES ACT-1

WEISBERG & MEYERS, LLC
3877 N. Deer Lake Rd.
Loon Lake ,WA 99148
509-232-1882
866-565-1327 facsimile
jrobbins@AttorneysForConsumers.com

3. Venue is proper before this Court pursuant to 28 U.S.C. §1391(b), where the acts and transactions giving rise to Plaintiff's action occurred in this district, where Plaintiff resides in this district, and/or where Defendants' transact business in this district.

## PARTIES

4. Plaintiff, Stephanie Wilson ("Plaintiff"), is a natural person who at all relevant times resided in the State of Washington, County of Clallam, and City of Port Angeles.

5. Plaintiff is a "consumer" as defined by 15 U.S.C. § 1692a(3).

6. Defendant, Merchants & Medical Credit Corporation, Inc. ("M&MCC") is an entity which all relevant times was engaged, by use of the mails and telephone, in the business of attempting to collect a "debt" from Plaintiff, as defined by 15 U.S.C. §1692a(5).

7. M&MCC is a "debt collector" as defined by 15 U.S.C. § 1692a(6).

8. Defendant, Kohl's Department Stores, Inc., ("Kohl's") is an entity who acquires debt in default merely for collection purposes, and who at all relevant times was engaged in the business of attempting to collect a debt from Plaintiff.

9. Kohl's is a "debt collector" as defined by 15 U.S.C. § 1692a(6).

COMPLAINT FOR VIOLATIONS OF THE FAIR
DEBT COLLECTION PRACTICES ACT-2

WEISBERG & MEYERS, LLC
3877 N. Deer Lake Rd.
Loon Lake ,WA 99148
509-232-1882
866-565-1327 facsimile
jrobbins@AttorneysForConsumers.com

## FACTUAL ALLEGATIONS

10. Plaintiff is a natural person obligated, or allegedly obligated, to pay a debt owed or due, or asserted to be owed or due a creditor other than M&MCC.

11. Plaintiff's obligation, or alleged obligation, owed or due, or asserted to be owed or due a creditor other than M&MCC, arises from a transaction in which the money, property, insurance, or services that are the subject of the transaction were incurred primarily for personal, family, or household purposes.

12. Plaintiff incurred the obligation, or alleged obligation, owed or due, or asserted to be owed or due a creditor other than M&MCC.

13. M&MCC uses instrumentalities of interstate commerce or the mails in a business the principal purpose of which is the collection of any debts, and/or regularly collects or attempts to collect, directly or indirectly, debts owed or due, or asserted to be owed or due another.

14. Kohl's purchases debts once owed or once due, or asserted to be once owed or once due a creditor.

15. Kohl's acquired Plaintiff's debt once owed or once due, or asserted to be once owed or once due a creditor, when the debt was in default.

16. Kohl's is thoroughly enmeshed in the debt collection business, and Kohl's is a significant participant in M&MCC's debt collection process.

COMPLAINT FOR VIOLATIONS OF THE FAIR
DEBT COLLECTION PRACTICES ACT-3

WEISBERG & MEYERS, LLC
3877 N. Deer Lake Rd.
Loon Lake ,WA 99148
509-232-1882
866-565-1327 facsimile
jrobbins@AttorneysForConsumers.com

17.     Defendant M&MCC, and/or Defendant Kohl's, sent Plaintiff written correspondence, placed upon Defendant M&MCC's letterhead and dated January 21, 2010, in which it was stated, in relevant part: "[w]e assigned this account to our professional debt collector because you failed to voluntarily pay this obligation."

18.     Defendant Kohl's is a business primarily engaged in the business of retail sales, while Defendant M&MCC is a business primarily engaged in the business of collecting debts.

19.     For such statement to be purportedly made by Defendant M&MCC, that as a professional debt collector, it assigned a debt to its professional debt collector, is a confusing, misleading and deceptive statement, and a misrepresentation of the character and status of the alleged debt, namely, that such debt was in the possession of a professional debt collector.

20.     Furthermore, such statement indicates that rather than having been drafted and sent by Defendant M&MCC, the letter was in actuality designed, compiled, and furnished as a form letter by Defendant Kohl's to Defendant M&MCC, with knowledge that it would be used to create the belief in consumers that persons other than Defendant Kohl's, namely Defendant M&MCC, was participating at the time the letter was sent to Plaintiff in an attempt to collect a

COMPLAINT FOR VIOLATIONS OF THE FAIR
DEBT COLLECTION PRACTICES ACT-4

WEISBERG & MEYERS, LLC
3877 N. Deer Lake Rd.
Loon Lake ,WA 99148
509-232-1882
866-565-1327 facsimile
jrobbins@AttorneysForConsumers.com

debt, when in truth M&MCC was not participating at that time, a prohibited activity commonly referred to as "flat-rating." (15 U.S.C. §§ 1692e(2)(A), 1692e(10), 1692j(a)).

21. Defendant(s) further stated in the January 21, 2010 letter that Plaintiff should "[c]ontact [M&MCC] to avoid further collection procedure," and that "If we do not hear from you, then we will proceed with further collection means now at our disposal."

22. In actuality, after said letter was sent, Plaintiff did not contact Defendant(s), yet no further collections activity of any kind was taken by Defendant, evidencing the threat therein to be an act Defendant(s) did not intend to take. (15 U.S.C. §§ 1692e(5), 1692e(10)).

23. Defendants' actions constitute conduct highly offensive to a reasonable person.

**COUNT I—VIOLATIONS OF THE FDCPA
DEFENDANT M&MCC**

24. Plaintiff repeats and re-alleges each and every allegation above.

25. Defendant M&MCC violated the FDCPA as detailed above.

WHEREFORE, Plaintiff prays for relief and judgment, as follows:

    a) Adjudging that M&MCC violated the FDCPA;

COMPLAINT FOR VIOLATIONS OF THE FAIR
DEBT COLLECTION PRACTICES ACT-5

WEISBERG & MEYERS, LLC
3877 N. Deer Lake Rd.
Loon Lake ,WA 99148
509-232-1882
866-565-1327 facsimile
jrobbins@AttorneysForConsumers.com

b) Awarding Plaintiff statutory damages, pursuant to 15 U.S.C. §1692k, in the amount of $1,000.00;

c) Awarding Plaintiff actual damages, pursuant to 15 U.S.C. §1692k;

d) Awarding Plaintiff reasonable attorneys' fees ands costs incurred in this action;

e) Awarding Plaintiff any pre-judgment and post-judgment interest as may be allowed under the law;

f) Awarding such other and further relief as the Court may deem just and proper.

### COUNT II—VIOLATIONS OF THE FDCPA
### DEFENDANT KOHL'S

26. Plaintiff repeats and re-alleges each and every allegation above.

27. Defendant Kohl's violated the FDCPA as detailed above.

WHEREFORE, Plaintiff prays for relief and judgment, as follows:

a) Adjudging that Kohl's violated the FDCPA;

b) Awarding Plaintiff statutory damages, pursuant to 15 U.S.C. §1692k, in the amount of $1,000.00;

c) Awarding Plaintiff actual damages, pursuant to 15 U.S.C. §1692k;

d) Awarding Plaintiff reasonable attorneys' fees ands costs incurred in

COMPLAINT FOR VIOLATIONS OF THE FAIR
DEBT COLLECTION PRACTICES ACT-6

WEISBERG & MEYERS, LLC
3877 N. Deer Lake Rd.
Loon Lake ,WA 99148
509-232-1882
866-565-1327 facsimile
jrobbins@AttorneysForConsumers.com

this action;

e) Awarding Plaintiff any pre-judgment and post-judgment interest as may be allowed under the law;

f) Awarding such other and further relief as the Court may deem just and proper.

## TRIAL BY JURY

Plaintiff is entitled to and hereby demands a trial by jury.

Respectfully submitted this 15th day of November, 2010.

<u>s/Jon N. Robbins</u>
Jon N. Robbins
WEISBERG & MEYERS, LLC
Attorney for Plaintiff

COMPLAINT FOR VIOLATIONS OF THE FAIR
DEBT COLLECTION PRACTICES ACT-7

WEISBERG & MEYERS, LLC
3877 N. Deer Lake Rd.
Loon Lake, WA 99148
509-232-1882
866-565-1327 facsimile
jrobbins@AttorneysForConsumers.com